AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 10 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
CONRAD LILLEGARD
*Defendant*

Case No. 2:26-mj-698-MDC

Charging District: Western District of Tennessee
Charging District's Case No. 1:26-CR-10066-STA

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: USDC<br>111 South Highland Avenue<br>Jackson, TN 38301 | Courtroom No.: TBD |
| | Date and Time: 9/28/2026 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/10/2026

*Judge's signature*

Maximiliano D. Couvillier, III, US Magistrate Judge
*Printed name and title*